# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 10-77 DSF | Date | 01/26/10 |
|---|---|---|---|
| Title | U.S. Bank Nat'l Ass'n, As Trustee For ARMT 2005-3 v. Sambrano | | |

Present: The Honorable     DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Action to the Los Angeles Superior Court

     The Court, on its own motion, REMANDS the action to the Los Angeles Superior Court because Defendant has not met his burden in establishing the Court has diversity or federal question jurisdiction over this action.

     IT IS SO ORDERED.